UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Cargyle Brown Solomon,

    Plaintiff,

v.

Laura H.G. O'Sullivan *et al.*,

    Defendants.

Civil Action No. 17-2462 (UNA)

## MEMORANDUM OPINION

Plaintiff, proceeding *pro se*, is a resident of Oxon Hill, Maryland, who is "filing for an appeal from" an opinion issued by a judge in the Circuit Court of Prince George's County, Maryland. Compl. at 1. This federal district court lacks jurisdiction to review the decisions of a state court. *Prentice v. U.S. Dist. Court for E. Dist. of Michigan, S. Div.*, 307 Fed. App'x 460, 460 (D.C. Cir. 2008) (per curiam); *see id.* (noting that "a challenge to a state court action must proceed through that state's system of appellate review rather than through a federal district court") (citing *Johnson v. De Grandy*, 512 U.S. 997, 1006 (1994) (other citations omitted)). As a result, this case will be dismissed pursuant to Fed. R. Civ. P. 12(h)(3), for want of subject matter jurisdiction. A separate order accompanies this Memorandum Opinion.

Date: December 12, 2017

United States District Judge